O'NEAL *v.* SPIVEY.

No. 6299.   SEPTEMBER 26, 1928.

*All the Justices concur.*

BECK, P. J.   I concur in all that is said in the opinion as to the right of the defendant in error to recover attorney's fees; but I am of the opinion that this court is without jurisdiction to decide this case, inasmuch as all of the equitable features in the case had been eliminated, and there is nothing in the so-called decree to show that any equitable features were dealt with, and it is clear that no equitable feature was considered or dealt with in the trial or final judgment.